# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:03cr43

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CHRISTOPHER DEWONE GRAY.) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) [Doc. 24], filed March 24, 2008, and the Government's Motion for Extension of Time [Doc. 27], filed April 14, 2008.

The Probation Office has completed a Supplement to the Presentence Report Pursuant to Crack Cocaine Guideline Amendment [Doc. 25, filed April 10, 2008]; however, the Government has not yet responded to the Defendant's motion, and it appears that such response is past due. The Government requests a sixty day extension of time within which to file response. However, the Probation Office concludes that the Defendant is within four months of release. The Court will require the

Government to respond within thirty days.

**IT IS, THEREFORE, ORDERED** that the Government shall file its response, if any, to the Defendant's Motion on or before May 15, 2008.

Martin Reidinger
United States District Judge

Signed: April 15, 2008