UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER DEWONE GRAY<br><br>Date of Previous Judgment:  11/21/2005<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>)<br>)<br>)<br>) | Case No:  3:03CR43<br>USM No:  17799-058<br>Tanzania C. Cannon-Eckerle<br>Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ■  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in

|  |  |  |
|---|---|---|
|  | Count One: 18 mos. | Count One: 15 mos. |
|  | Count Two: 60 mos., consecutive | Count Two: 60 mos., consecutive |
| the last judgment issued) of   78 | months **is reduced to**  75 months | . |

**I.  COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  13 | Amended Offense Level:  12 | |
| Criminal History Category:  III | Criminal History Category:  III | |
| Previous Guideline Range:  18  to  24  months | Amended Guideline Range:  15  to  21  months | |

**II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

■ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III.  ADDITIONAL COMMENTS**

**It is further ordered** that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment   11/21/2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   May 21, 2008

Effective   _____
     (if different from order

Martin Reidinger
United States District Judge