# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:03-cr-00043-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| CHRISTOPHER DEWONE GRAY. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 50].

The Court has been advised that this motion was filed in error, as the Defendant was released from custody on August 5, 2008. Accordingly, the Defendant's motion for a reduction of sentence is denied as moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 50] is **DENIED AS MOOT**.

Signed: July 5, 2013

IT IS SO ORDERED.

Martin Reidinger
United States District Judge